**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**CARLOS ENRIQUE VELASQUEZ,**

     Petitioner,

     v.                                           **Civil Action No. 3:25cv998**

**KRISTI NOEM,** *et al.,*

     Respondents.

## **ORDER**

For the reasons stated in the forthcoming Memorandum Opinion, the Court GRANTS

Petitioner Carlos Enrique Velasquez's Amended Petition.[1] (ECF No. 11.)

Respondents are ORDERED to provide Mr. Velasquez with a bond hearing in front of an

Immigration Judge pursuant to 8 U.S.C. § 1226(a), no later than one (1) day from the date of

entry of this Order.

Respondents are ENJOINED from denying bond to Mr. Velasquez on the basis that he is

detained pursuant to 8 U.S.C. § 1225(b)(2).

Respondents are ORDERED to file a status report with this Court within three (3) days

after Mr. Velasquez's bond hearing and prior to any hearing on the merits, stating whether Mr.

Velasquez has been granted bond, and, if his request for bond was denied, the reason for that

denial.

In the event Mr. Velasquez is released on bond, Respondents are ENJOINED from

rearresting Mr. Velasquez, unless he has committed a new violation of any federal, state, or local

---

[1] On January 7, 2026, Petitioner filed a redacted version, (ECF No. 11), of the Amended Petition, (ECF No. 5), which the Court treats as the operative Amended Petition.

law, or has failed to attend any properly noticed immigration or court hearing or is subject to detention pursuant to a final order of removal.

Should Mr. Velasquez be released on bond, Respondents are FURTHER ENJOINED from invoking the automatic stay provision at 8 C.F.R. § 1003.19(i)(2).[2]

It is SO ORDERED.

Date: 1/14/2026
Richmond, Virginia

_____ /s/
M. Hannah Lauck
Chief United States District Judge

---

[2] Courts in this District have found that "the automatic stay provision imposed in immigration cases constitutes an unequivocal violation of due process." *Hasan v. Crawford*, 800 F. Supp. 3d 654, 661 (E.D. Va. 2025).

2